for appellant; *Paul D. Nelson,* with him *John T. Mulligan,* for appellee.

. Order affirmed.

## Nelson *v.* Nelson, Appellant.

Argued March 18, 1974. *Anthony M. Muir,* with him *Snyder, Doll & Schantz,* for appellant; *Jeffrey R. Dimmich,* with him *Worth & O'Hara,* for appellee.

OPINION PER CURIAM: Having made an independent review of the entire record we are of the opinion that the court below properly granted a divorce a.v.m. in this case.

## Norton et al., Appellants, *v.* Masterbone.

Argued March 26, 1974. *Gilbert B. Abramson,* with him *William M. Posner,* and *Eilberg, Corson & Getson,* for appellant; *J. Paul Erwin, Jr.,* with him *White and Williams,* for appellee.

Order affirmed.

## Parr et al. *v.* Commonwealth (et al., Appellant).

Argued March 11, 1974. *Nevin Stetler,* with him *Stuart M. Neely,* and *Stetler & Gribbin,* for appellant; *R. David Bradley,* for appellees.

Order affirmed.